# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-2703
_____

KCI Auto Auction, Inc., a Missouri Corporation

*Plaintiff - Appellee*

v.

Alonzo Anderson, an individual residing in Kansas, also known as Alonso Anderson

*Defendant - Appellant*

Danny Ephrem, an individual residing in Kansas; David Ephrem, an individual residing in Kansas; Jason Ephrem, an individual residing in Kansas; J.J. Ephrem, an individual residing in Kansas; Tom Ephrem, an individual residing in Kansas; Angelo Jefferson, an individual residing in Kansas; Barry Ristick, an individual residing in Kansas; Lucky 7 Used Cars, L.L.C., a Kansas Limited Liability Company, also known as Lucky 7 Used Car Sales LLC; Lucky 7 Discount Auto Sales, LLC, a Kansas Limited Liability Company; Quality Used Cars LLC, a Kansas Limited Liability Company

*Defendant*s

_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

_____

Submitted: May 11, 2020
Filed: May 14, 2020
[Unpublished]

_____

Before COLLOTON, BEAM, ERICKSON, Circuit Judges.

——————

PER CURIAM.

Alonzo Anderson appeals the district court's[1] denial of his Federal Rule of Civil Procedure 60(b) motion.  Upon careful review of the record, we conclude that the district court did not abuse its discretion in denying the motion.  See Noah v. Bond Cold Storage, 408 F.3d 1043, 1045 (8th Cir. 2005) (court reviews denial of Rule 60(b) motion for abuse of discretion; Rule 60(b) authorizes relief in only most exceptional cases).  Accordingly, we affirm.  See 8th Cir. 47B.

——————————————

---

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.